IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONNSERO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPTAIN B. RANKIN, et al,<br><br>    Defendants. | No. C 07-4285 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br>(Docket No. 3) |

    Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983, which though largely incomprehensible, seems to allege the violation of his constitutional rights by prison officials.

    On December 17, 2007, the Court ordered Plaintiff to show cause, within 30 days, why this action should not be dismissed based on 28 U.S.C. § 1915(g) because Plaintiff "has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted." Alternatively, Plaintiff was informed that he could pay the filing fee by that dated. On January 8, 2008, Plaintiff wrote a letter to the Court requesting a 60-day extension of time, to and including March 8, 2008, in which to respond to the order to show cause. That date has now passed and Plaintiff has not responded to the order to show cause,

|     |     |
| --- | --- |
| 1   | has not paid the filing fee, nor has he requested a further extension of time in |
| 2   | which to do so. Accordingly, this action is hereby DISMISSED under 28 U.S.C. |
| 3   | § 1915(g) without prejudice to refiling in an action in which Plaintiff pays the full |
| 4   | filing fee. |
| 5   | The application to proceed in forma pauperis is DENIED and no fee is |
| 6   | due. |
| 7   | This order terminates Docket No. 3. |
| 8   | The Clerk shall close the file and enter judgment. |
| 9   | IT IS SO ORDERED. |
| 10  | DATED: April 3, 2008        _____ |
| 11  | JEFFREY S. WHITE<br>United States District Judge |

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

MICHAEL CONNSERO,

    Plaintiff,

v.

MIKE EVANS et al,

    Defendant.
    _____/

Case Number: CV07-04285 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Connsero H-04102
Salinas Valley Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: April 3, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk