1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   MICHAEL CONNSERO,                )
                                     )   No. C 07-4285 JSW (PR)
9           Plaintiff,               )
                                     )   **JUDGMENT**
10      vs.                          )
                                     )
11  CAPTAIN B. RANKIN, et al,        )
                                     )
12          Defendants.              )
                                     )
13                                   )
                                     )
14

15      The Court has issued an order of dismissal under 28 U.S.C. § 1915(g).  A
16  judgment of dismissal is hereby entered.
17      IT IS SO ORDERED.
18  DATED: April 3, 2008            _____
                                     JEFFREY S. WHITE
19                                   United States District Judge
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CONNSERO,

    Plaintiff,

v.

MIKE EVANS et al,

    Defendant.

Case Number: CV07-04285 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Connsero H-04102
Salinas Valley Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: April 3, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk